COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-245-CV

 

IN THE INTEREST OF
M.S.M., J.E.C.,

L.M.C., M.R.C. AND
C.S.C., CHILDREN

 

 

 

                                               ----------

              FROM
THE 16TH DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellant=s Motion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL D:   HOLMAN, GARDNER, and WALKER, JJ.

 

DELIVERED: January 26,
2006











[1]See Tex. R. App. P. 47.4.